# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

DAVID HATCHIGIAN,

               Petitioner

    v.

RAYMOND QUAGLIA, ARNOLD
DRANOFF, DRANOFF & PATRIZIO, P.C.,
STEVEN G. LEVENTHAL, REGER RIZZO
& DARNALL, AND TRAVELERS
INSURANCE COMPANY,

               Respondents

: No. 270 EAL 2018
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 11th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.